[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
APR 19, 2007
THOMAS K. KAHN
CLERK

No. 06-13539
Non-Argument Calendar

_____

D.C. Docket No. 05-00105-CR-CG

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

DEMETRIUS LASHUN RICHARDSON,
a.k.a. Demectric LeShun Richardson,
a.k.a. Meat,
a.k.a. Ervin Earl,

Defendant-Appellant.

_____

Appeal from the United States District Court for the
Southern District of Alabama

_____

**(April 19, 2007)**

Before WILSON, PRYOR and HILL, Circuit Judges

PER CURIAM:

Arthur J. Madden, III, appointed counsel for Demetrius Lashun Richardson, in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to Anders v. California, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967).  Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct.  Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Richardson's conviction and sentence are **AFFIRMED**.